# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**OPAL'S LLC,**

       **Plaintiff,**

                                                        **Civil Action 2:18-cv-709**

**v.**                                                  **Judge Sarah D. Morrison**

                                                        **Magistrate Judge Jolson**

**TARGET CORPORATION, et al.,**

       **Defendants.**

## ORDER

This case has been reported settled.  Consequently, all pending deadlines in this case are **STAYED**.

**A telephonic status conference will be held on August 1, 2019 at 10:30 a.m., unless the dismissal entry is received prior to that time.**

    IT IS SO ORDERED.

Date:  June 27, 2019                                    /s/ Kimberly A. Jolson
                                                   KIMBERLY A. JOLSON
                                                   UNITED STATES MAGISTRATE JUDGE